IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BLAKELY THORNTON, | § | |
| | § | No. 8, 2021 |
| Respondent Below, | § | |
| Appellant, | § | Court Below:  Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File Nos.  20-01-02TN, 20-01-03TN, |
| DEPARTMENT OF SERVICES | § | 20-01-04TN, 20-01-05TN |
| FOR CHILDREN, YOUTH AND | § | |
| THEIR FAMILIES, | § | Petition Nos.  20-00279, 20-00305, |
| | § | 20-00322, 20-00321 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  September 29, 2021
Decided:      October 7, 2021

Before **VALIHURA**, **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

This 7th day of October, 2021 having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Family Court in its Order dated December 8, 2020;

NOW, THEREFORE, IT IS ORDERED that the decision of the Family Court be and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice